**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILIANA PEREZ, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin corporation,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00996<br><br>Honorable Charles R. Norgle<br><br>Magistrate Maria Valdez |

**AMERICAN FAMILY'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendant American Family Insurance Company ("American Family"), pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons set forth in the Memorandum in Support filed contemporaneously herewith, respectfully requests that the Court dismiss Plaintiff's Class Action Complaint (Dkt. 1) in its entirety, and with prejudice, because Plaintiff fails to state any claim against American Family upon which relief may be granted.

Respectfully submitted:

AMERICAN FAMILY INSURANCE
COMPANY

BY:　/s/ Adam Arceneaux
　　　　One of Its Attorneys

Adam Arceneaux
Judy S. Okenfuss
Isaac J. Colunga
**ICE MILLER LLP**
200 West Madison Street, Ste. 3500
Chicago, IL 60606
(312) 726-7157
adam.arceneaux@icemiller.com
judy.okenfuss@icemiller.com
isaac.colunga@icemiller.com
*Counsel for American Family Insurance Company*

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, states that on June 18, 2020, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, and thus a copy of this pleading will be served on all counsel of record by the Clerk's CM/ECF system.

/s/     *Adam Arceneaux*

ICE MILLER LLP
Adam Arceneaux
200 West Madison Street
Suite. 3500
Chicago, IL 60606
adam.arceneaux@icemiller.com

I\15414728.1