UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILIANA PEREZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin corporation,<br><br>*Defendant.* | Case No. 1:20-cv-00996<br><br>Honorable Charles R. Norgle |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Iliana Perez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Iliana Perez, individually, are hereby dismissed without prejudice; and

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: August 5, 2020

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger (IL Bar No. 6303726)
**MASON LIETZ & KLINGER LLP** 227 W. Monroe Street, Suite 2100 Chicago, Illinois 60606
Tel.: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 5, 2020                              */s/ Gary M. Klinger*
                                                                  Gary M. Klinger (IL Bar No. 6303726)